27 So.2d 703

### VALLEY COAL & LUMBER CO. et al. v. George W. HOPKINS.

8 Div. 367.

Supreme Court of Alabama.
Oct. 31, 1946.

Chas. H. Eyster, of Decatur, for petitioners.

Ben L. Britnell, of Decatur, opposed.

STAKELY, Justice.

Petition of Valley Coal & Lumber Company, a partnership, and the individual members of the firm, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the

372

case of Valley Coal & Lumber Co. et al. v. Hopkins, 27 So.2d 700.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.